# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00649-CR

**Jennifer Ann Meek, a/k/a Jennifer Ann Martin, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 68634, HONORABLE FANCY JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jennifer Ann Meek, a/k/a Jennifer Ann Martin, has filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed:   March 22, 2012

Do Not Publish